Rct 2325

Date: 06/10/10                                                                                                           Page:

# DIVIDENDS REMITTED TO THE COURT
Check Number 2013 Dated 06/10/10
Case Number 08-34938 - WILLIER, MICHAEL ANTHONY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>  2919 | 000008 | 118.34 | 4.16 |
| ---------- Remittance Total ---------- | | 118.34 | 4.16 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 10 JUN 14 AM 11:06 U.S. BANKRUPTCY COURT ST PAUL, MN

COURT1                                                                               Printed: 06/10/10 01:54 PM   Ver: 15.09